IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:09cv176-MHT |
| | ) | (WO) |
| WEBSTER INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

There being no objection from defendant, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (Doc. No. 14) is granted and that this cause is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of May, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE